NEW YORK BREWERIES CO., Limited, v. JOHNSON.

(Circuit Court, S. D. New York. May 13, 1909.)

CORPORATIONS (§ 657*)—FOREIGN CORPORATIONS—STATE LAWS—REGULATION.
General Corporation Law (Laws N. Y. 1904, p. 1250, c. 490), § 15, pro-
viding that no foreign stock corporation other than a money corporation
shall do business in the state without having first procured from the Sec-
retary of State a certificate that it has complied with all the require-
ments of law to authorize it to do business in the state, and that no such
corporation shall maintain any action in the state on any contract made
therein unless prior to making the contract it shall have procured such
certificate, does not make void the contracts of foreign corporations not
having complied with the act within the state, but merely excludes them
from the state courts, leaving open to them the federal tribunals.
[Ed. Note.—For other cases, see Corporations, Dec. Dig. § 657.*]

On Demurrer to Separate Defense.

Guggenheimer, Untermyer & Marshall (Abraham Benedict, of coun-
sel), for plaintiff.
Appell & Taylor, for defendant.

NOYES, Circuit Judge. As indicated upon the argument, I think
that the statute set up in the separate defense (section 15 of the gen-
eral corporation law of New York [Laws 1904, p. 1250, c. 490]) does
not make void the contracts of foreign corporations not complying
with its provisions, but merely excludes such corporations from state
courts and leaves open to them the federal tribunals. Groton Bridge,
etc., Co. v. American Bridge Co. (C. C.) 151 Fed. 871, is approved and
followed.

The demurrer is sustained, with costs.